## Livingston *against* Cheetham.

VAN WYCK moved for judgment, as in case of nonsuit, for not bringing this cause to trial on the usual affidavit.

*Slosson*, contra, objected, because the copy of the affidavit, which had been served with the notice of the motion had no name signed, nor *jurat*.

*Per Curiam.* The copy of the affidavit served on the opposite attorney, need not contain the name of the magistrate before whom it was sworn. The copy served was sufficient.(*a*)

Rule granted.

Copy of an affidavit served, need not be signed with the name of the deponent, or *jurat*.

## [*]Constable, survivor, &c. *against* Colden.

[* 480]

S. JONES, jun. for the defendant, moved for a rule that the attorney of the plaintiff acknowledge satisfaction of the judgment in this cause. The record was filed the 13th day of *May*, 1805. The plaintiff indulged the defendant, and no execution was taken out until the 4th day of *March*, 1806, when a *ca. sa.* issued, to which there was a return of *non est inventus*. A judgment was afterwards obtained against the bail, upon their recognizance, who paid to the plaintiff the amount of the original judgment, and the interest thereon, from *May*, 1806, when the *ca. sa.* was returned, leaving the sum of 114 dollars, being the interest on the original judgment, prior to that period, unpaid, and which sum, the clerk of the court re-

Where a judgment had been obtained. and no execution issued until 10 months afterwards, it was held, that the plaintiff. on recovering judgment against the bail, was not entitled to interest on the original judgment, during. the time he delayed to proceed against bail.

(*a*) See 3 John. Rep. 540.